**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **MARIA LEOLA SHAY** | ) | **CIVIL NO. 6:14-cv-01801** |
| | ) | |
| **VERSUS** | ) | **JUDGE DOHERTY** |
| | ) | |
| **U. S. COMMISSIONER** | ) | **MAGISTRATE JUDGE HANNA** |
| **SOCIAL SECURITY ADMINISTRATION** | ) | |

**ORDER**

Having considered the Commissioner's Unopposed Motion for Remand,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SIGNED this 28th day of January, 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE